■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO SANTIAGO, Appellant. [904 NYS2d 666]—Appeal by the defendant from a judgment of the County Court, Westchester County (Hubert, J.), rendered August 8, 2008, convicting him of burglary in the second degree, petit larceny, criminal possession of stolen property in the fifth degree, criminal mischief in the fourth degree, and possession of burglar's tools, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Covello, J.P., Angiolillo, Leventhal and Roman, JJ., concur.